Kristina N. Holmstrom
Nevada Bar No. 010086
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Telephone: 602.778.3700
Fax: 602.778.3750
kristina.holmstrom@ogletree.com

*Attorneys for Defendant Aetna Life Insurance Company*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Paul Speca,<br><br>            Plaintiff,<br><br>vs.<br><br>Aetna Life Insurance Company, as Claims Administrator for The Home Depot, U.S.A., Inc. Temporary Disability Income Plan; The Home Depot, USA, Inc., Temporary Disability Income Plan,<br><br>            Defendants. | Case No.: 2:18-cv-00835-MMD-GWF<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Plaintiff Paul Speca and defendant Aetna Life Insurance Company hereby stipulate and request the Court to extend Aetna's deadline to answer or otherwise respond to Speca's Complaint by 21 days, from June 4, 2018 through and including Monday, June 25, 2018. The defendant requested the stipulation, and the plaintiff agreed, in order to provide defense counsel sufficient time to obtain and review the file, prepare a responsive pleading, and consult with her client before the deadline.

The parties certify that this stipulation was done in good faith and not for the purposes of delay.

///

///

///

Dated this 4th day of June 2018.

| | |
|---|---|
| LAW OFFICE OF JULIE A. MERSCH | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| By: /s/ Julie A. Mersch<br>Julie A. Mersch<br>Nevada Bar No. 004695<br>701 South 7th Street<br>Las Vegas, NV 89101<br>Telephone: 702.387.5868<br>Fax: 702.387.0109<br>jam@merschlaw.com<br><br>*Attorneys for Plaintiff Paul Speca* | By: /s/ Kristina N. Holmstrom<br>Kristina N. Holmstrom<br>Nevada Bar No. 010086<br>Esplanade Center III, Suite 800<br>2415 East Camelback Road<br>Phoenix, AZ 85016<br>Telephone: 602.778.3700<br>Fax: 602.778.3750<br>kristina.holmstrom@ogletree.com<br><br>*Attorneys for Defendant Aetna Life Insurance Company* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 6-5-2018