Julie A. Mersch, Esq.
Nevada Bar No. 004695
LAW OFFICE OF JULIE A. MERSCH
701 S.7th Street
Las Vegas, NV 89101
(702) 387-5868
Fax (702) 387-0109
jam@merschlaw.com
*Attorney for Plaintiff Paul Speca*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PAUL SPECA, | CASE NO.: 2:18-cv-00835-MMD-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINES** |
| AETNA LIFE INSURANCE COMPANY, as Claims Administrator for The Home Depot, U.S.A., Inc. Temporary Disability Income Plan; THE HOME DEPOT, USA, INC., Temporary Disability Income Plan, | **(FIRST REQUEST)** |
| Defendants. | |

IT IS HEREBY STIPULATED by the parties hereto, by and through their undersigned counsel of record that, pursuant to LR 26-4, the Scheduling Order (Doc. # 15) be amended as follows:

**I.    Discovery Completed**

The Joint Administrative Record in this ERISA claim was filed with this Court by Defendant AETNA LIFE INSURANCE COMPANY (AETNA) on November 16, 2018 without the need for discovery briefs.

**II.    Deadlines Remaining and Reason for Request for Extension**

Plaintiff's Rule 52 and/or Rule 56 Motion is currently due by December 7, 2018. The parties are in the process of discussing alternative dispute options and accordingly, would like to postpone the dispositive motion due date to allow them time to pursue those options.

### III. Proposed Briefing Schedule

Plaintiff SPECA and Defendant AETNA hereby agree and stipulate to the following proposed deadline extensions:

| Description: | Current Deadline: | Proposed: |
|---|---|---|
| Plaintiff's Dispositive ERISA Motion under Rule 52 and/or 56 | 12/07/18 | 01/07/19 |
| Aetna's Response to Dispositive Motion | 01/04/19 | 02/04/19 |
| Plaintiff's Reply | 01/18/19 | 02/19/19 |

We, the undersigned, represent to the Court that this request for extension is made in good faith and not for purposes of delay.

WHEREFORE, the parties jointly request that this Court adopt the proposed scheduling deadlines as indicated above.

DATED: November 28, 2018     LAW OFFICE OF JULIE A. MERSCH

By: /s/ Julie A. Mersch
JULIE A. MERSCH, ESQ.
jam@merschlaw.com
Nevada Bar No.: 004695
701 S. 7th Street
Las Vegas, NV 89101
*Attorney for Plaintiff Paul Speca*

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

DATED: November 28, 2018  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Kristina N. Holmstrom
KRISTINA N. HOLMSTROM, ESQ.
kristina.holmstrom@ogletree.com
Nevada Bar No. 010086
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
*Attorneys for Defendant AETNA*

**IT IS SO ORDERED:**

Dated this 29th day of November, 2018.

_____
UNITED STATES MAGISTRATE JUDGE