Kristina N. Holmstrom
Nevada Bar No. 010086
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Telephone: 602.778.3700
Fax: 602.778.3750
kristina.holmstrom@ogletree.com

*Attorneys for Defendant Aetna Life Insurance Company*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Paul Speca,<br><br>Plaintiff,<br><br>vs.<br><br>Aetna Life Insurance Company, as Claims Administrator for The Home Depot, U.S.A., Inc. Temporary Disability Income Plan; The Home Depot, USA, Inc., Temporary Disability Income Plan,<br><br>Defendants. | Case No.: 2:18-cv-00835-MMD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR BRIEFING**<br><br>**(THIRD REQUEST)** |

Plaintiff Paul Speca and defendant Aetna Life Insurance Company hereby stipulate and request the Court to extend Aetna's deadline to respond to Speca's Dispositive Motion by 21 days, from March 6, 2019 through and including Wednesday, March 27, 2019. The defendant requested the stipulation, and the plaintiff agreed, in order to accommodate defense counsel's heavy deposition and travel schedule. The parties further stipulate that Plaintiff's Reply should be due Tuesday, April 23, 2019 to accommodate international travel by Plaintiff's attorney.

The parties certify that this stipulation was done in good faith and not for the purposes of delay.

WHEREFORE, the parties jointly request that this Court adopt the proposed scheduling deadlines indicated above.

Dated this 6th day of March 2019.

| LAW OFFICE OF JULIE A. MERSCH | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| By: /s/ Julie A. Mersch<br>Julie A. Mersch<br>Nevada Bar No. 004695<br>1100 E. Bridger Avenue<br>Las Vegas, NV 89101<br>Telephone: 702.387.5868<br>Fax: 702.387.0109<br>jam@merschlaw.com<br><br>*Attorneys for Plaintiff Paul Speca* | By: /s/ Kristina N. Holmstrom<br>Kristina N. Holmstrom<br>Nevada Bar No. 010086<br>Esplanade Center III, Suite 800<br>2415 East Camelback Road<br>Phoenix, AZ 85016<br>Telephone: 602.778.3700<br>Fax: 602.778.3750<br>kristina.holmstrom@ogletree.com<br><br>*Attorneys for Defendant Aetna Life Insurance Company* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 7, 2019